**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE TREE, LLC, | |
| Plaintiff, | No. C 10-80133 JSW |
| v. | |
| RED HAT, INC., HEWLETT-PACKARD COM., GENUITIC, LLC AND DELL, INC., | **ORDER** |
| Defendant. | |

Pursuant to Local Rule 72-1, the motion to compel discovery from third-party Geeknet, Inc. and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The hearing date of September 3, 2010 is HEREBY VACATED. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: July 20, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani