UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOFTWARE TREE, LLC,            )
                              )
           Plaintiff(s),      )      No.  C10-80133 MISC JSW (BZ)
                              )
      v.                      )      **FIRST DISCOVERY ORDER**
                              )
REDHAT, INC., HEWLETT-        )
PACKARD CO., GENUITEC, LLC,   )
and DELL INC.,                )
                              )
           Defendant(s).      )
_____)

     Following a telephonic discovery conference where the
plaintiff and third-party Geeknet were represented by counsel,
**IT IS ORDERED** as follows:

     1.  The parties are **ORDERED** to meet and confer by **Friday,
August 6, 2010** in an effort to resolve this matter in
accordance with the Court's views expressed during the
conference.

     2.  If the parties are unable to resolve the matter,
Geeknet **SHALL** file an opposition to the motion to compel (Doc.

///

///

1

No. 6) by **August 16, 2010.** Any reply **SHALL** be filed by **August 23, 2010.**   The Court will schedule a hearing if necessary.

Dated: August 2, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SOFTWARE TREE V. RED HAT\DISC 1 ORD.wpd