UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE TREE, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>REDHAT, INC., HEWLETT-PACKARD CO., GENUITEC, LLC, and DELL INC.,<br><br>    Defendant(s). | No. C10-80133 MISC JSW (BZ)<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

    Having reviewed defendant Red Hat's declaration (Doc. No. 10) in support of plaintiff's motion to file documents under seal (Doc. No. 5), the Court finds no sufficient basis for allowing the documents to be filed under seal. The Lubozynski declaration simply states that the revelation of certain information would cause Red Hat competitive disadvantage, but does not state how. After reviewing the documents, I do not find that they contain any confidential or sensitive material.

///

///

///

1

1  See <u>Foltz v. State Farm Mut. Auto. Ins. Co.</u>, 331 F.3d 1122
2  (9th Cir. 2003). Accordingly, the motion is **DENIED**.
3  Dated: 15 Sept '10

   _____
   Bernard Zimmerman
   United States Magistrate Judge

G:\BZALL\-REFS\SOFTWARE TREE V. RED HAT\ORD DENYING MOT TO SEAL.wpd